NUMBER 13-03-241-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________


DERRICK DWAYNE WASHINGTON , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 230th District Court 

of Harris County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Yanez and Garza

Opinion Per Curiam



 Appellant, DERRICK DWAYNE WASHINGTON , perfected an appeal from a judgment entered by the 230th District
Court of Harris County, Texas, in cause number 914337 . Appellant has filed a motion to withdraw notice of appeal. The
motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to withdraw notice of appeal, is of the opinion
that appellant's motion to withdraw notice of appeal should be granted. Appellant's motion to withdraw notice of appeal is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 24th day of July, 2003 .